DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PROGRESSIVE SELECT INSURANCE COMPANY,**
Appellant,

v.

**ASSOCIATES IN FAMILY PRACTICE OF BROWARD, LLC**
a/a/o Leslie Bargas,
Appellee.

No. 4D2022-1370

[December 7, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. COWE20-009827.

Kenneth P. Hazouri of deBeaubien, Simmons, Knight, Mantzaris & Neal, LLP, Orlando, for appellant.

Chad A. Barr and Dalton Gray of Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***